David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| Rachel E. Johnson, | ) Case No. 2:15-cv-02147-MMD-NJK |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION AND ORDER** |
| | ) **DISMISSING ACTION WITH** |
| | ) **PREJUDICE AS TO** <u>**TRANS UNION**</u> |
| AMERICA FIRST CREDIT UNION | ) <u>**LLC ONLY**</u> |
| and TRANS UNION, LLC, | ) |
| | ) |
| Defendants. | |

Plaintiff Rachel E. Johnson and Trans Union LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…
…
…
…
…
…
…
…

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Trans Union LLC**. Each

party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

      Dated:          January 31, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Jason G. Revzin, Esq. |
| David H. Krieger, Esq. | Jason G. Revzin, Esq. |
| Nevada Bar No. 9086 | Lewis, Brisbois, Bisgaard & Smith, LLP |
| HAINES & KRIEGER, LLC | *Attorney for Defendant Trans Union, LLC* |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

## ORDER

IT IS SO ORDERED

_____

UNITED STATES DISTRICT JUDGE

DATED: _____